**Order entered October 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00208-CV

## DALLAS AREA RAPID TRANSIT AND NANCY K. JOHNSON, Appellants

## V.

## AMALGAMATED TRANSIT UNION LOCAL NO. 1338, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC13-05156**

## ORDER

Before the Court is appellee's October 23, 2014 motion to file a supplemental brief.  The

motion is **GRANTED**.


/s/     MICHAEL J. O'NEILL
           PRESIDING JUSTICE